Lisa A. McClane
Nevada State Bar No. 10139
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: lisa.mcclane@jacksonlewis.com
Email: daniel.aquino@jacksonlewis.com

Attorneys for Defendant
*Nevada Property 1 LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HEEGEL,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware limited liability company, doing business as THE COSMOPOLITAN OF LAS VEGAS,<br><br>    Defendant. | Case No.: 20-cv-00001-APG-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE FIRST RESPONSE TO PLAINTIFF'S COMPLAINT** |

    IT IS HEREBY STIPULATED by and between Plaintiff Patrick Heegel ("Plaintiff"), through her counsel the Law Offices of Robert P. Spretnak and Defendant Nevada Property 1, LLC, doing business as The Cosmopolitan of Las Vegas ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have an extension up to and including Monday, March 16, 2020 in which to file a response to Plaintiff's Complaint.

    This is the first request for an extension of time to file a response to Plaintiff's Complaint and is made in good faith and not for the purpose of delay.

Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 12th day of March, 2020.

| LAW OFFICE OF ROBERT P. SPRETNAK | JACKSON LEWIS P.C. |
|---|---|
| */s/    Robert Spretnak* <br> Robert Spretnak, Bar No. 5135 <br> 8275 S. Eastern Avenue, Suite 200 <br> Las Vegas, Nevada 89123 | */s/ Lisa A. McClane* <br> Lisa A. McClane, Bar No. 101039 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* <br> *Patrick Heegel* | *Attorneys for Defendant* <br> *Nevada Property 1, LLC* |

## **ORDER**

IT IS SO ORDERED:

_____
United States District Court/Magistrate Judge

Dated: 3/13/20