| | |
|---|---|
| 1 | Lisa A. McClane |
| | Nevada State Bar No. 10139 |
| 2 | Daniel I. Aquino |
| | Nevada State Bar No. 12682 |
| 3 | **JACKSON LEWIS P.C.** |
| | 300 S. Fourth Street, Suite 900 |
| 4 | Las Vegas, Nevada 89101 |
| | Tel: (702) 921-2460 |
| 5 | Fax: (702) 921-2461 |
| | Email: lisa.mcclane@jacksonlewis.com |
| 6 | Email: daniel.aquino@jacksonlewis.com |

Attorneys for Defendant
*Nevada Property 1 LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HEEGEL, | Case No.: 20-cv-00001-APG-BNW |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR NEVADA PROPERTY 1 LLC'S TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| NEVADA PROPERTY 1 LLC, a Delaware limited liability company, doing business as THE COSMOPOLITAN OF LAS VEGAS, | **(Second Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Patrick Heegel ("Plaintiff"), through her counsel the Law Offices of Robert P. Spretnak and Defendant Nevada Property 1, LLC, doing business as The Cosmopolitan of Las Vegas ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have an extension up to and including Monday, March 30, 2020 in which to file a response to Plaintiff's Complaint.

This is the second request for an extension of time to file a response to Plaintiff's Complaint and is made in good faith and not for the purpose of delay.

Jackson Lewis P.C.
Las Vegas

1

Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 16th day of March, 2020.

| LAW OFFICE OF ROBERT P. SPRETNAK | JACKSON LEWIS P.C. |
|---|---|
| */s/    Robert Spretnak*<br>Robert Spretnak, Bar No. 5135<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | */s/ Lisa A. McClane*<br>Lisa A. McClane, Bar No.  101039<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff*<br>*Patrick Heegel* | *Attorneys for Defendant*<br>*Nevada Property 1, LLC* |

IT IS ORDERED that ECF No. 13 is granted. The court takes the parties at their word, as officers of the court, that the request is made in good faith and not for purposes of delay. However, the parties are advised that they must provide the reasons for requested extensions in the future.

**ORDER**

IT IS SO ORDERED:

_____
United States District Court/Magistrate Judge

Dated: 3/17/2020

4825-2678-7255, v. 1