Lisa A. McClane
Nevada State Bar No. 10139
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  lisa.mcclane@jacksonlewis.com
Email:  daniel.aquino@jacksonlewis.com

Attorneys for Defendant
*Nevada Property 1 LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HEEGEL,<br><br>             Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware limited liability company, doing business as THE COSMOPOLITAN OF LAS VEGAS,<br><br>             Defendant. | Case No.:  20-cv-00001-APG-BNW<br><br>**STIPULATION TO EXTEND TIME FOR NEVADA PROPERTY 1 LLC'S TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS THIRD AND FOURTH CAUSES OF ACTION**<br><br>**(First Request)**        **ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Patrick Heegel ("Plaintiff"), through her counsel the Law Offices of Robert P. Spretnak and Defendant Nevada Property 1, LLC, doing business as The Cosmopolitan of Las Vegas ("Defendant"), through its counsel Jackson Lewis P.C., hereby stipulate and agree to extend the time for Defendant to file its reply in support of motion to dismiss third and fourth causes of action, which is currently due on April 20, 2020, until June 15, 2020.

1. The parties believe these extensions are appropriate because the operations of Defendants (and of counsel for both parties) have been impacted by the ongoing COVID-19 pandemic.

2. This stipulation and order are sought in good faith and not for the purpose of delay.

3. This is the first request for an extension for Defendant to file its reply in support of motion to dismiss third and fourth causes of actions.

Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 20th day of April, 2020.

| | |
|---|---|
| LAW OFFICE OF ROBERT P. SPRETNAK | JACKSON LEWIS P.C. |
| */s/   Robert Spretnak*<br>Robert Spretnak, Bar No. 5135<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | */s/ Lisa A. McClane*<br>Lisa A. McClane, Bar No.  101039<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff*<br>*Patrick Heegel* | *Attorneys for Defendant*<br>*Nevada Property 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: April 21, 2020.