Lisa A. McClane
Nevada State Bar No. 10139
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: lisa.mcclane@jacksonlewis.com

Attorneys for Defendant
*Nevada Property 1 LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HEEGEL,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware limited liability company, doing business as THE COSMOPOLITAN OF LAS VEGAS,<br><br>Defendant. | Case No.: 20-cv-00001-APG-BNW<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY DANIEL I. AQUINO** |

Defendant Nevada Property 1, LLC, doing business as The Cosmopolitan of Las Vegas ("Defendant"), through its counsel Jackson Lewis P.C., hereby notifies the Court to remove attorney Daniel J. Aquino as counsel of record from the above-captioned case and the Court's docket. Mr. Aquino is no longer an employee of Jackson Lewis P.C. Lisa A. McClane will remain as lead counsel of record for Defendant Nevada Property 1, LLC, doing business as The Cosmopolitan of Las Vegas.

Dated this 24th day of May, 2021.

JACKSON LEWIS P.C.

*/s/ Lisa A. McClane*
Lisa A. McClane, Bar No. 101039
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Nevada Property 1, LLC*

**ORDER**

IT IS ORDERED that the motion to withdraw (ECF No. 39) is GRANTED.

**IT IS SO ORDERED**

**DATED:** 6:39 pm, May 27, 2021

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Jackson Lewis P.C.
Las Vegas