FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 South Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  lmcclane@fisherphillips.com
*Attorneys for Defendant Nevada Property 1, LLC,
dba The Cosmopolitan of Las Vegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HEEGEL, | Case No.: 2:20-cv-00001-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| NEVADA PROPERTY 1 LLC, a Delaware limited liability company, doing business as THE COSMOPOLITAN OF LAS VEGAS, | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Patrick Heegel ("Plaintiff"), through his counsel the Law Offices of Robert P. Spretnak, and Defendant Nevada Property 1, LLC, doing business as The Cosmopolitan of Las Vegas ("Defendant"), through its counsel Fisher & Phillips, LLP, as follows:

The current deadline to file dispositive motions (September 10, 2021), be extended thirty-one (31) days, to October 11, 2021.  The extension is necessary because

/ / /

/ / /

/ / /

/ / /

/ / /

FP 41543132.1

1  Defendant's counsel been covering cases for two colleagues who were on leaves of
2  absence for several weeks and also because of issues arising from a mandatory Covid-
3  19 quarantine involving members of her household.

4       This stipulation and order is sought in good faith and not for the purpose of delay.

5       Dated this 1st day of September, 2021.

| LAW OFFICES OF ROBERT P. SPRETNAK | FISHER & PHILLIPS, LLP |
|---|---|
| */s/ Robert P. Spretnak* | */s/ Lisa A. McClane* |
| Robert Spretnak, Esq. | Lisa A. McClane, Esq. |
| 8275 S. Eastern Avenue | 300 S. Fourth Street |
| Suite 200 | Suite 1500 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff Patrick Heegel* | *Attorneys for Defendant Nevada Property 1* |

**Order**

**IT IS SO ORDERED**

**DATED:** 3:25 pm, September 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**