FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 South Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
mcclane@fisherphillips.com
mmassey@fisherphillips.com

*Attorneys for Defendant Nevada Property 1, LLC
dba The Cosmopolitan of Las Vegas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HEEGEL,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware limited liability company, doing business as THE COSMOPOLITAN OF LAS VEGAS,<br><br>Defendant. | Case No.: 2:20-cv-00001-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Patrick Heegel ("Plaintiff"), through his counsel the Law Offices of Robert P. Spretnak, and Defendant Nevada Property 1, LLC doing business as The Cosmopolitan of Las Vegas ("Defendant"), through its counsel Fisher & Phillips LLP, as follows:

The current deadline to file dispositive motions (October 11, 2021), be extended thirty (30) days, to November 10, 2021.  The extension is necessary because of complications created by Covid.  Deposition witnesses were unavailable at the last minute due to Covid, transcripts are still not ready, and defense counsel has assumed the entire litigation caseload of another colleague due to unforeseen circumstances and has multiple competing deadlines and obligations.

- 1 -

FP 41735262.1
FP 41735262.1

1   This stipulation and order is sought in good faith and not for the purpose of delay.

2   Dated this 20th day of September 2021.

3

| LAW OFFICE OF ROBERT P. SPRETNAK | FISHER & PHILLIPS LLP |
|---|---|
| */s/ Robert Spretnak* | */s/ Lisa A. McClane* |
| Robert Spretnak, Bar No. 5135 | Lisa A. McClane, Bar No. 10139 |
| 8275 S. Eastern Avenue, Suite 200 | Daniel Aquino, Bar No. 12682 |
| Las Vegas, Nevada 89123 | 300 S. Fourth Street, Suite 900 |
| *Attorney for Plaintiff* | Las Vegas, Nevada 89101 |
| PATRICK HEEGEL | *Attorneys for Defendant* |
|  | WESTERN STATES CONTRACTING, INC. |

### Order

**IT IS SO ORDERED**

DATED: 10:03 am, September 21, 2021

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101