FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 South Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
mcclane@fisherphillips.com

*Attorneys for Defendant Nevada Property 1, LLC,*
*dba The Cosmopolitan of Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK HEEGEL, | Case No.: 2:20-cv-00001-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES** |
| NEVADA PROPERTY 1 LLC, a Delaware limited liability company, doing business as THE COSMOPOLITAN OF LAS VEGAS, | **(Third Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Patrick Heegel ("Plaintiff"), through his counsel the Law Offices of Robert P. Spretnak, and Defendant Nevada Property 1, LLC doing business as The Cosmopolitan of Las Vegas ("Defendant"), through its counsel Fisher & Phillips LLP, as follows:

The current deadline to file dispositive motions (November 10, 2021), be extended thirty (33) days, to December 13, 2021.  The extension is necessary because we are still awaiting a deposition transcript for a main witness.  In addition, defense counsel has assumed the entire litigation caseload of another colleague due to unforeseen circumstances which includes at least five depositions before Thanksgiving.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 8th day of November, 2021.

| LAW OFFICE OF ROBERT P. SPRETNAK | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Robert Spretnak | /s/ Lisa A. McClane |
| Robert Spretnak, Bar No. 5135 | Lisa A. McClane, Bar No. 10139 |
| 8275 S. Eastern Avenue, Suite 200 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant The* |
| PATRICK HEEGEL | *Cosmopolitan of Las Vegas* |

### Order

IT IS ORDERED that ECF No. 48 is GRANTED. The deadline to file dispositive motions is extended to 12/13/2021. The parties are advised, however, that the Court does not intend to continue this deadline again, absent exceptional circumstances demonstrating good cause.

IT IS SO ORDERED

DATED: 1:32 pm, November 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101