LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com
Attorney for Plaintiff

FISHER & PHILLIPS LLP
Lisa A. McClane, Esq. (Bar No. 10139)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
Fax: (702) 252-7411
Email: lmcclane@fisherphillips.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HEEGEL,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware limited liability company, doing business as THE COSMOPOLITAN OF LAS VEGAS,<br><br>        Defendant. | Case No.: 2:20-cv-00001-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff PATRICK HEEGEL and Defendant NEVADA PROPERTY 1 LLC, a Delaware limited liability company, doing business as THE COSMOPOLITAN OF LAS VEGAS, , by and through their counsel of record, hereby STIPULATE AND AGREE to extend the deadline for Plaintiff to file his points and authorities in opposition to "Defendant Nevada Property 1, LLC's Motion for Summary Judgment" (ECF No. 50) to **January 17, 2022**. This is an extension of two weeks. Defendant filed its motion for summary judgment on December 13, 2021. Pursuant to LR 7-2(b), the deadline for Plaintiff to file his opposition currently is set for January 3, 2022.

       This is the first request to extend the deadline for filing the opposition to the now-pending motion for summary judgment.

       There is good cause for entering into this stipulation for additional time. There is a large

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

volume of material to review in the process of preparing the opposition, due both to the volume of material exchanged in discovery and the size of the motion that was filed. The extension also is necessitated because of scheduling issues related to the holiday season. This stipulation and order is sought in good faith and not for the purpose of delay.

DATED: December 28, 2021.                         DATED: December 28, 2021.

LAW OFFICES OF ROBERT P. SPRETNAK        FISHER & PHILLIPS LLP

By: /s/ *Robert P. Spretnak*                                By: /s/ *Lisa A. McClane*
    Robert P. Spretnak, Esq.                            Lisa A. McClane, Esq.

Attorney for Plaintiff                                      Attorneys for Defendant

8275 S. Eastern Avenue, Suite 200                 300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89123                             Las Vegas, Nevada 89101

                          IT IS SO ORDERED.

                          _____
                          UNITED STATES DISTRICT COURT JUDGE

                          DATED:   January 3, 2022

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2