FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 South Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
mcclane@fisherphillips.com

*Attorneys for Defendant Nevada Property 1, LLC,
dba The Cosmopolitan of Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK HEEGEL,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware limited liability company, doing business as THE COSMOPOLITAN OF LAS VEGAS,<br><br>    Defendant. | Case No.: 2:20-cv-00001-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff Patrick Heegel ("Plaintiff"), through his counsel the Law Offices of Robert P. Spretnak, and Defendant Nevada Property 1, LLC doing business as The Cosmopolitan of Las Vegas ("Defendant"), through its counsel Fisher & Phillips LLP, hereby STIPULATE AND AGREE to extend the deadline for Defendant to file its points and authorities in response to Plaintiff's Opposition to Defendant Nevada Property 1, LLC's Motion for Summary Judgment (ECF (53) to February 21, 2022.

The current deadline to file a response to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF No. 53) is January 31, 2022.  There is good cause for entering into this stipulation for additional time given staffing shortages caused by the surge in Covid-19, mandatory quarantines, and Defendant's counsel undergoing surgery.

FP 41735262.2

- 1 -

1  This stipulation and order is sought in good faith and not for the purpose of delay.

2  Dated this 26th day of January, 2022.

3

| LAW OFFICE OF ROBERT P. SPRETNAK | FISHER & PHILLIPS LLP |
|---|---|
| */s/ Robert Spretnak* | */s/ Lisa A. McClane* |
| Robert Spretnak, Bar No. 5135 | Lisa A. McClane, Bar No. 10139 |
| 8275 S. Eastern Avenue, Suite 200 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| PATRICK HEEGEL | NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS |

**ORDER**

IT IS SO ORDERED.

_____
United States District Court Judge

Dated: January 27, 2022