**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK HEEGEL, | Case No.: 2:20-cv-00001-APG-BNW |
| Plaintiff | **Order Granting Motion to Correct** |
| v. | [ECF No. 58] |
| NEVADA PROPERTY 1 LLC, | |
| Defendant | |

I ORDER that plaintiff Patrick Heegel's motion to amend exhibit 2 to his opposition **(ECF No. 58) is GRANTED**. The clerk of court is instructed to seal ECF No. 53-3.

DATED this 14th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE