1  FISHER & PHILLIPS LLP
   LISA A. MCCLANE, ESQ.
2  Nevada Bar No. 10139
3  300 South Fourth Street, Suite 1500
   Las Vegas, NV  89101
4  Telephone: (702) 252-3131
   Facsimile: (702) 252-7411
5  mcclane@fisherphillips.com

6  *Attorneys for Defendant Nevada Property 1, LLC,*
7  *dba The Cosmopolitan of Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HEEGEL, | Case No.: 2:20-cv-00001-CDS-BNW |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NEVADA PROPERTY 1 LLC, a Delaware limited liability company, doing business as THE COSMOPOLITAN OF LAS VEGAS, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between Defendant Nevada Property 1 LLC d/b/a the Cosmopolitan of Las Vegas ("Defendant") and Plaintiff Patrick Heegel

///
///
///
///
///
///
///

- 1 -

FP 46536254.2

("Plaintiff"), through their counsel of record, that this matter be dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs. The Clerk of Court may close this case.

Dated this 9th day of March, 2023.

| LAW OFFICE OF ROBERT P. SPRETNAK | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Robert P. Spretnak | /s/ Lisa A. McClane |
| Robert Spretnak, Bar No. 5135 | Lisa A. McClane, Bar No. 10139 |
| 8275 S. Eastern Avenue, Suite 200 | 300 S. Fourth Street, Suite 1500 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE

_____March 10, 2023_____
DATED

- 2 -

FP 46536254.2